No. 6,839.—STATE, Appellant, v. RELIANCE REFINING CO. et al., Respondents.

Decided February 24, 1931.

PER CURIAM.—On motion of respondent Boris A. S. Aronow, supplemented by motion of the Attorney General, for Appellant, the appeal herein is dismissed.

*Mr. Louis P. Donovan* and *Mr. Henry McClernan,* for Respondent.

*Mr. L. A. Foot,* Attorney General, and *Mr. T. H. MacDonald,* Assistant Attorney General, for Appellant.

No. 6,852. — UNION ACCEPTANCE CORPORATION, Respondent, v. F. E. HOTTENSTEIN, Defendant; MONTANA & DAKOTA GRAIN CO., Appellant.

Decided March 26, 1931.

PER CURIAM. — On motion of respondent praying dismissal of the appeal herein on the grounds that the order of